# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEE COLEMAN

NO. 2021 KW 0940

**OCTOBER 18, 2021**

---

In Re:    Lee Coleman, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 300687.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED. Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to relator whose conviction and sentence were final at the time the decision was rendered.  Accordingly, the district court did not err by denying the application for postconviction relief.

**WIL
EW
WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.